# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE BONNER,** | CASE NO. 19-cv-03621-YGR |
| Plaintiff, | |
| vs. | **ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **JOHN DOERR, ET AL.,** | Re: Dkt. No. 29 |
| Defendants. | |

Based upon the Notice of Voluntary Dismissal Without Prejudice filed by plaintiff Wayne Bonner on October 18, 2019 (Dkt. No. 29), the instant action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: October 22, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**